**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JOSHUA BOLDEN, | ) |
| Petitioner, | ) ) ) |
| | ) No. 4:20-CV-01445 SRC |
| DALE GLASS, | ) ) ) |
| Respondent. | ) |

## Memorandum and Order

Before the Court is [13] petitioner Joshua Bolden's post-dismissal motion for release on bond, house arrest or on GPS monitoring device. Also before the Court is [11] Petitioner's motion for accommodations relating to an entry of a case management order in this action.

Petitioner filed this application for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on October 6, 2020. The Court reviewed his application for writ of habeas corpus pursuant to Rule 4 of the Rules Governing Section 2254 Cases for timeliness, exhaustion and cognizability on November 20, 2020. Finding that Petitioner had failed to exhaust his state court remedies, the Court dismissed the action on that same date.

Based on the dismissal of this action, the Court will deny Petitioner's motions for release and for accommodations in the case management order as moot.

Accordingly, the Court denies [13] Petitioner's motion for release on bond, house arrest or GPS monitoring device as moot. The Court denies [11] Petitioner's motion for accommodations in the case management order as moot. The Court will not issue a certificate of appealability.

Dated this 9th day of December, 2020.

_SLR.CR_

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE